## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re                                                    Case No.  21-51196

**5150 ECR GROUP LLC**

_____ Debtor(s).  _____ /

### CREDITOR MATRIX COVER SHEET - AMENDED

    I declare that the attached Creditor Mailing Matrix, consisting of __5__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: **September 28, 2021**

                                      **/s/ Vinod Nichani**
                                      Signature of Debtor's Attorney or Pro Per Debtor

5150 ECR Los Altos, LLC
c/o Duane Morris LLP
Spear Tower- One Market Plaza, Ste. 2200
San Francisco, CA 94105


Aantex Pest Control
420 Beatrice Ct., Ste E
Brentwood, CA 94513


All American Elevator Co., Inc.
P.O. Box 1031
Benicia, CA 94510


AT & T
P.O. Box 5025 Carol Stream
Carol Stream, IL 60197


BKF Engineers
Accounting Department
255 Shoreline Drive # 200
Redwood City, CA 94065


California Water Service
P.O. Box 4500
Whittier, CA 90607


Cintas
P.O. Box 636525
Cincinnati, OH 45263-6525


CSC
251 Little Falls Drive
Wilmington, DE 19808

Daniel Ballesteros, Esq.
Hoge, Fenton, Jones & Appel, Inc.
60 South Market Street, Suite 1400
San Jose, CA 95113


Daniel L. Casas, Esq.
Casas Riley Simonian, LLP
55 North 3rd Street
Campbell, CA 95008


David J. Powers & Associates, Inc.
1871 The Alameda, Suite 200
San Jose, CA 95126


Dutchints Development LLC
5150 El Camino Real, Suite E20
Los Altos, CA 94022


Eagle Communications
P.O. Box 3935
San Jose, CA 95150


EBI Consulting
P.O. Box 844523
Boston, MA 02284


Fehr Peers
100 Pringle Avenue, Suite 600
Fremont, CA 94536


Franchise Tax Board
P.O. Box 942857
Sacramento, CA 94257-0531

Golden State Reprographics
1020 Commercial Street, Ste 103
San Jose, CA 95112


Green Source Janitorial
2625 Middlefield Road #664
Palo Alto, CA 94306


Hexagon Transportation Consultants, Inc.
4N. Second Street, Suite 400
San Jose, CA 95113


Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346


Invictus Strategy
437 Greathouse Drive
Milpitas, CA 95035


Janikke Klem
1852 Glen Una Avenue
San Jose, CA 95125


Kasperzak Public Affairs
1172 Morton Court
Mountain View, CA 94040


Mark J. Solomon, Esq.
Robert N. Burmeister, Jr., Esq.
702 Marshall Street, Suite 500
Redwood City, CA 94063

Meagan E. Leary, Esq.
 Duane Morris LLP
One Market Plaza, Spear Street Tower
Suite 2200
San Francisco, CA 94105


Meyers Research, LLC
3200 Bristol Street, Suite 640
Costa Mesa, CA 92626


Mission Trails Waste System
1060 Richard Avenue
Santa Clara, CA 95050


Newmeyer Dillon
895 Dove Street, 5th Floor
Newport Beach, CA 92660


Orion Security
675 E. Gish Road
San Jose, CA 95112


Pacific Gas & Electric
P.O. Box 997300
Sacramento, CA 95899


Patagonia Landscaping
P.O. Box 756 Capitola
Capitola, CA 95010


Sandra Clow
c/o Matthew E. Coleman
Law Offices of Matthew E. Coleman
820 Bay Ave., Ste. 120
Capitola, CA 95010

```
Studio T-Square
1970 Broadway, Suite 615
Oakland, CA 94612


SunDoc Filings
P.O. Box 160997
Sacramento, CA 95816


Vahe Tashjian
5150 El Camino Real, Suite E20
Los Altos, CA 94022
```