Fill in this information to identify the case:

Debtor name: **5150 ECR GROUP LLC**
United States Bankruptcy Court for the: **NORTHERN DISTRICT OF CALIFORNIA**
Case number (if known): **21-51196**

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AT & T<br>P.O. Box 5025 Carol Stream<br>Carol Stream, IL 60197 | | Utilies | Disputed Subject to Setoff | | | $1,429.17 |
| BKF Engineers<br>Accounting Department<br>255 Shoreline Drive # 200<br>Redwood City, CA 94065 | | Architectural & Engineer Services | Disputed Subject to Setoff | | | $6,021.74 |
| California Water Service<br>P.O. Box 4500<br>Whittier, CA 90607 | | Utilities | Disputed Subject to Setoff | | | $6,061.73 |
| Cintas<br>P.O. Box 636525<br>Cincinnati, OH 45263-6525 | | Building Repair | Disputed Subject to Setoff | | | $2,187.51 |
| CSC<br>251 Little Falls Drive<br>Wilmington, DE 19808 | | Independent Director Annual Fee | Disputed Subject to Setoff | | | $2,000.00 |
| David J. Powers & Associates, Inc.<br>1871 The Alameda, Suite 200<br>San Jose, CA 95126 | | Environmental Studies | Disputed Subject to Setoff | | | $9,000.00 |
| EBI Consulting<br>P.O. Box 844523<br>Boston, MA 02284 | | Designer/Engineer | Disputed Subject to Setoff | | | $2,600.00 |
| Fehr Peers<br>100 Pringle Avenue, Suite 600<br>Fremont, CA 94536 | | Misc. Preparation | Disputed Subject to Setoff | | | $2,500.00 |

| Debtor | 5150 ECR GROUP LLC | | Case number (if known) | 21-51196 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Green Source Janitorial<br>2625 Middlefield Road #664<br>Palo Alto, CA 94306 | | Janitorial | Disputed Subject to Setoff | | | $3,600.00 |
| Hexagon Transportation Consultants, Inc.<br>4N. Second Street, Suite 400<br>San Jose, CA 95113 | | Traffic Assessment | Disputed Subject to Setoff | | | $1,295.00 |
| Invictus Strategy<br>437 Greathouse Drive<br>Milpitas, CA 95035 | | Government relations consulting | Disputed Subject to Setoff | | | $2,500.00 |
| Janikke Klem<br>1852 Glen Una Avenue<br>San Jose, CA 95125 | | Land Use Consulting | Disputed Subject to Setoff | | | $6,000.00 |
| Law Offices of Daniel G. Herns<br>50597 Cereza, Suite 100<br>La Quinta, CA 92253 | | Legal Services | | | | $3,500.00 |
| Meyers Research, LLC<br>3200 Bristol Street, Suite 640<br>Costa Mesa, CA 92626 | | Advisory/Market Study | Disputed Subject to Setoff | | | $4,252.74 |
| Mission Trails Waste System<br>1060 Richard Avenue<br>Santa Clara, CA 95050 | | Utilities | Disputed Subject to Setoff | | | $11,113.52 |
| Newmeyer Dillon<br>895 Dove Street, 5th Floor<br>Newport Beach, CA 92660 | | Legal Fees | Disputed Subject to Setoff | | | $25,920.00 |
| Orion Security<br>675 E. Gish Road<br>San Jose, CA 95112 | | Security | Disputed Subject to Setoff | | | $1,530.00 |
| Pacific Gas & Electric<br>P.O. Box 997300<br>Sacramento, CA 95899 | | Utilities | Disputed Subject to Setoff | | | $28,942.15 |

| Debtor | 5150 ECR GROUP LLC | | | Case number *(if known)* | 21-51196 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Patagonia Landscaping**<br>P.O. Box 756<br>Capitola<br>Capitola, CA 95010 | | **Landscaping** | **Disputed Subject to Setoff** | | | $5,250.00 |
| **Studio T-Square**<br>1970 Broadway, Suite 615<br>Oakland, CA 94612 | | **Architectural Design Services** | **Disputed Subject to Setoff** | | | $53,501.95 |