| Fill in this information to identify the case: | |
|---|---|
| Debtor name | 5150 ECR GROUP LLC |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) | 21-51196 |

■ Check if this is an amended filing

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.
   ☐ Yes. Go to line 2.

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| | | | |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>Aantex Pest Control<br>420 Beatrice Ct., Ste E<br>Brentwood, CA 94513<br><br>Date(s) debt was incurred  4/2021- 6/2021<br>Last 4 digits of account number  XXXX | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  Pest Control for Real Property<br>Is the claim subject to offset?  ☐ No  ■ Yes | $480.00 |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>All American Elevator Co., Inc.<br>P.O. Box 1031<br>Benicia, CA 94510<br><br>Date(s) debt was incurred  4/2021 - 6/2021<br>Last 4 digits of account number  XXXX | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  Elevator Maintenance<br>Is the claim subject to offset?  ☐ No  ■ Yes | $659.85 |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>AT & T<br>P.O. Box 5025 Carol Stream<br>Carol Stream, IL 60197<br><br>Date(s) debt was incurred  4/2021-6/2021<br>Last 4 digits of account number  XXXX | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  Utilies<br>Is the claim subject to offset?  ☐ No  ■ Yes | $1,429.17 |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>BKF Engineers<br>Accounting Department<br>255 Shoreline Drive # 200<br>Redwood City, CA 94065<br><br>Date(s) debt was incurred  July 2021<br>Last 4 digits of account number  0709 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  Architectural & Engineer Services<br>Is the claim subject to offset?  ☐ No  ■ Yes | $6,021.74 |

| Debtor | 5150 ECR GROUP LLC | Case number (if known) | 21-51196 |
|---|---|---|---|
| | Name | | |

| 3.5 | **Nonpriority creditor's name and mailing address**<br>California Water Service<br>P.O. Box 4500<br>Whittier, CA 90607<br><br>Date(s) debt was incurred  4/2021-7/2021<br>Last 4 digits of account number  XXXX | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  Utilities<br><br>Is the claim subject to offset? ☐ No  ■ Yes | $6,061.73 |
|---|---|---|---|
| 3.6 | **Nonpriority creditor's name and mailing address**<br>Cintas<br>P.O. Box 636525<br>Cincinnati, OH 45263-6525<br><br>Date(s) debt was incurred  April 2021- July 2021<br>Last 4 digits of account number  XXXX | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  Building Repair<br><br>Is the claim subject to offset? ☐ No  ■ Yes | $2,187.51 |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>CSC<br>251 Little Falls Drive<br>Wilmington, DE 19808<br><br>Date(s) debt was incurred  March 2021<br>Last 4 digits of account number  1941 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  Independent Director Annual Fee<br><br>Is the claim subject to offset? ☐ No  ■ Yes | $2,000.00 |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>Daniel Ballesteros, Esq.<br>Hoge, Fenton, Jones & Appel, Inc.<br>60 South Market Street, Suite 1400<br>San Jose, CA 95113<br><br>Date(s) debt was incurred  NA<br>Last 4 digits of account number  6460 | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  Counsel for Plaintiff<br>Janet Bocek, et al. v. Vahe Tashjian, Dutchints Development LLC, 5150 ECR Group LLC, et al.<br><br>**FOR NOTICE ONLY**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>Daniel L. Casas, Esq.<br>Casas Riley Simonian, LLP<br>55 North 3rd Street<br>Campbell, CA 95008<br><br>Date(s) debt was incurred  NA<br>Last 4 digits of account number  1351 | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  Counsel for Plaintiff<br>The Sabet Revocable Family Trust and Equity Trust Company CFBO Badi Enayati IRA 200370979 v. Vahe Tashjian, Dutchints and 5150 ECR Group LLC, et al.<br>**FOR NOTICE ONLY**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>David J. Powers & Associates, Inc.<br>1871 The Alameda, Suite 200<br>San Jose, CA 95126<br><br>Date(s) debt was incurred  September 2019<br>Last 4 digits of account number  2 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  Environmental Studies<br><br>Is the claim subject to offset? ☐ No  ■ Yes | $9,000.00 |

| | Debtor **5150 ECR GROUP LLC** | Case number (if known) **21-51196** |
|---|---|---|
| | Name | |

| 3.11 | **Nonpriority creditor's name and mailing address** <br> **Dutchints Development LLC** <br> **5150 El Camino Real, Suite E20** <br> **Los Altos, CA 94022** <br> Date(s) debt was incurred **N/A** <br> Last 4 digits of account number **XXXX** | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> Basis for the claim: **Loan** <br> Is the claim subject to offset? ■ No ☐ Yes | **$629,844.22** |
|---|---|---|---|
| 3.12 | **Nonpriority creditor's name and mailing address** <br> **Eagle Communications** <br> **P.O. Box 3935** <br> **San Jose, CA 95150** <br> Date(s) debt was incurred **January 2020** <br> Last 4 digits of account number **XXXX** | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ■ Disputed <br> Basis for the claim: **FOR NOTICE ONLY** <br> Is the claim subject to offset? ☐ No ■ Yes | **$0.00** |
| 3.13 | **Nonpriority creditor's name and mailing address** <br> **EBI Consulting** <br> **P.O. Box 844523** <br> **Boston, MA 02284** <br> Date(s) debt was incurred **April and May 2020** <br> Last 4 digits of account number **XXXX** | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ■ Disputed <br> Basis for the claim: **Designer/Engineer** <br> Is the claim subject to offset? ☐ No ■ Yes | **$2,600.00** |
| 3.14 | **Nonpriority creditor's name and mailing address** <br> **Fehr Peers** <br> **100 Pringle Avenue, Suite 600** <br> **Fremont, CA 94536** <br> Date(s) debt was incurred **March 2020** <br> Last 4 digits of account number **5263** | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ■ Disputed <br> Basis for the claim: **Misc. Preparation** <br> Is the claim subject to offset? ☐ No ■ Yes | **$2,500.00** |
| 3.15 | **Nonpriority creditor's name and mailing address** <br> **Franchise Tax Board** <br> **P.O. Box 942857** <br> **Sacramento, CA 94257-0531** <br> Date(s) debt was incurred **March 2021 through June 2021** <br> Last 4 digits of account number **N/A** | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ■ Disputed <br> Basis for the claim: **LLC fee; State Tax; Late fees** <br> Is the claim subject to offset? ☐ No ■ Yes | **$911.11** |
| 3.16 | **Nonpriority creditor's name and mailing address** <br> **Golden State Reprographics** <br> **1020 Commercial Street, Ste 103** <br> **San Jose, CA 95112** <br> Date(s) debt was incurred **January 2020** <br> Last 4 digits of account number **2714** | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ■ Disputed <br> Basis for the claim: **Printing materials** <br> Is the claim subject to offset? ☐ No ■ Yes | **$170.38** |
| 3.17 | **Nonpriority creditor's name and mailing address** <br> **Green Source Janitorial** <br> **2625 Middlefield Road #664** <br> **Palo Alto, CA 94306** <br> Date(s) debt was incurred **May 2021 through July 2021** <br> Last 4 digits of account number **XXXX** | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ■ Disputed <br> Basis for the claim: **Janitorial** <br> Is the claim subject to offset? ☐ No ■ Yes | **$3,600.00** |

| | | |
|---|---|---|
| Debtor **5150 ECR GROUP LLC** | Case number (if known) **21-51196** | |

| 3.18 | **Nonpriority creditor's name and mailing address**<br>**Hexagon Transportation Consultants, Inc.**<br>**4N. Second Street, Suite 400**<br>**San Jose, CA 95113**<br>Date(s) debt was incurred **August 2019**<br>Last 4 digits of account number **3098** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: **Traffic Assessment**<br>Is the claim subject to offset? ☐ No ■ Yes | $1,295.00 |
|---|---|---|---|
| 3.19 | **Nonpriority creditor's name and mailing address**<br>**Internal Revenue Service**<br>**Centralized Insolvency Operations**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346**<br>Date(s) debt was incurred **NA**<br>Last 4 digits of account number **NA** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **FOR NOTICE ONLY**<br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.20 | **Nonpriority creditor's name and mailing address**<br>**Invictus Strategy**<br>**437 Greathouse Drive**<br>**Milpitas, CA 95035**<br>Date(s) debt was incurred **February 2020**<br>Last 4 digits of account number **0091** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: **Government relations consulting**<br>Is the claim subject to offset? ☐ No ■ Yes | $2,500.00 |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>**Janikke Klem**<br>**1852 Glen Una Avenue**<br>**San Jose, CA 95125**<br>Date(s) debt was incurred **December 2019**<br>Last 4 digits of account number **2019** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: **Land Use Consulting**<br>Is the claim subject to offset? ☐ No ■ Yes | $6,000.00 |
| 3.22 | **Nonpriority creditor's name and mailing address**<br>**Kasperzak Public Affairs**<br>**1172 Morton Court**<br>**Mountain View, CA 94040**<br>Date(s) debt was incurred **September 2019**<br>Last 4 digits of account number **S582** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: **Government Relations Consulting**<br>Is the claim subject to offset? ☐ No ■ Yes | $900.00 |
| 3.23 | **Nonpriority creditor's name and mailing address**<br>**Law Offices of Daniel G. Herns**<br>**50597 Cereza, Suite 100**<br>**La Quinta, CA 92253**<br>Date(s) debt was incurred **5/1**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Legal Services**<br>Is the claim subject to offset? ■ No ☐ Yes | $3,500.00 |

| Debtor | 5150 ECR GROUP LLC | Case number (if known) | 21-51196 |
|---|---|---|---|
| | Name | | |

### 3.24
**Nonpriority creditor's name and mailing address**
Mark J. Solomon, Esq.
Robert N. Burmeister, Jr., Esq.
702 Marshall Street, Suite 500
Redwood City, CA 94063

**Date(s) debt was incurred** NA
**Last 4 digits of account number** 2195

**As of the petition filing date, the claim is:** Check all that apply.        $0.00
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Counsel for Plaintiff Richard Tod Spieker and Catherine R. Spieker

**Richard Tod. Spieker, et al. v. Vahe Tashjian, Dutchints Development, 5150 ECR Group, LLC et al.
FOR NOTICE ONLY**

Is the claim subject to offset?  ☒ No  ☐ Yes

### 3.25
**Nonpriority creditor's name and mailing address**
Meagan E. Leary, Esq.
 Duane Morris LLP
One Market Plaza, Spear Street Tower
Suite 2200
San Francisco, CA 94105

**Date(s) debt was incurred** NA
**Last 4 digits of account number** 8563

**As of the petition filing date, the claim is:** Check all that apply.        $0.00
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Counsel for LCC Warehouse III LLC.
LCC Warehouse III LLC v. 5150 ECR Group LLC
FOR NOTICE ONLY

Is the claim subject to offset?  ☒ No  ☐ Yes

### 3.26
**Nonpriority creditor's name and mailing address**
Meyers Research, LLC
3200 Bristol Street, Suite 640
Costa Mesa, CA 92626

**Date(s) debt was incurred** September 2019 and October 2019
**Last 4 digits of account number** XXXX

**As of the petition filing date, the claim is:** Check all that apply.        $4,252.74
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Advisory/Market Study

Is the claim subject to offset?  ☐ No  ☒ Yes

### 3.27
**Nonpriority creditor's name and mailing address**
Mission Trails Waste System
1060 Richard Avenue
Santa Clara, CA 95050

**Date(s) debt was incurred** April 2021 through June 2021
**Last 4 digits of account number** XXXX

**As of the petition filing date, the claim is:** Check all that apply.        $11,113.52
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Utilities

Is the claim subject to offset?  ☐ No  ☒ Yes

### 3.28
**Nonpriority creditor's name and mailing address**
Newmeyer Dillon
895 Dove Street, 5th Floor
Newport Beach, CA 92660

**Date(s) debt was incurred** July 2020
**Last 4 digits of account number** 1498

**As of the petition filing date, the claim is:** Check all that apply.        $25,920.00
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Legal Fees

Is the claim subject to offset?  ☐ No  ☒ Yes

### 3.29
**Nonpriority creditor's name and mailing address**
Orion Security
675 E. Gish Road
San Jose, CA 95112

**Date(s) debt was incurred** May 2021 through July 2021
**Last 4 digits of account number** XXXX

**As of the petition filing date, the claim is:** Check all that apply.        $1,530.00
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Security

Is the claim subject to offset?  ☐ No  ☒ Yes

| 3.30 | **Nonpriority creditor's name and mailing address**<br>**Pacific Gas & Electric**<br>**P.O. Box 997300**<br>**Sacramento, CA 95899**<br>Date(s) debt was incurred **May 2021 through June 2021**<br>Last 4 digits of account number **XXXX** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Utilities**<br><br>Is the claim subject to offset? ☐ No  ■ Yes | **$28,942.15** |
|---|---|---|---|
| 3.31 | **Nonpriority creditor's name and mailing address**<br>**Patagonia Landscaping**<br>**P.O. Box 756 Capitola**<br>**Capitola, CA 95010**<br>Date(s) debt was incurred **May 2021 through September 2021**<br>Last 4 digits of account number **XXXX** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Landscaping**<br><br>Is the claim subject to offset? ☐ No  ■ Yes | **$5,250.00** |
| 3.32 | **Nonpriority creditor's name and mailing address**<br>**Sandra Clow**<br>**c/o Matthew E. Coleman**<br>**Law Offices of Matthew E. Coleman**<br>**820 Bay Ave., Ste. 120**<br>**Capitola, CA 95010**<br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **FOR NOTICE ONLY**<br><br>Is the claim subject to offset? ☐ No  ■ Yes | **$0.00** |
| 3.33 | **Nonpriority creditor's name and mailing address**<br>**Studio T-Square**<br>**1970 Broadway, Suite 615**<br>**Oakland, CA 94612**<br>Date(s) debt was incurred **October 2019 through March 2020**<br>Last 4 digits of account number **9414,9149,9276,9320,9352** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Architectural Design Services**<br><br>Is the claim subject to offset? ☐ No  ■ Yes | **$53,501.95** |
| 3.34 | **Nonpriority creditor's name and mailing address**<br>**SunDoc Filings**<br>**P.O. Box 160997**<br>**Sacramento, CA 95816**<br>Date(s) debt was incurred **March 5, 2021**<br>Last 4 digits of account number **5990** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Services**<br><br>Is the claim subject to offset? ☐ No  ■ Yes | **$159.00** |
| 3.35 | **Nonpriority creditor's name and mailing address**<br>**Vahe Tashjian**<br>**5150 El Camino Real, Suite E20**<br>**Los Altos, CA 94022**<br>Date(s) debt was incurred **2021**<br>Last 4 digits of account number **NA** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Misc.**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$106,738.00** |

## Part 3:   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

Debtor  **5150 ECR GROUP LLC**
         Name

Case number (if known)  **21-51196**

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  | | **Total of claim amounts** |
|---|---|---:|
| **5a. Total claims from Part 1** | 5a. $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 919,068.07 |
| **5c. Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. $ | 919,068.07 |